IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-769-D

| | | |
|---|---|---|
| VALERIE JEAN ANDERSON-SHOWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC FANNING, Secretary of the Army, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On August 26, 2016, plaintiff (appearing pro se), filed a complaint in this court [D.E. 1]. On August 29, 2016, the clerk of court issued civil summonses for service on defendants and mailed the summonses to plaintiff [D.E. 3]. On December 1, 2016, the clerk of court sent notice to plaintiff of failure to make service within 90 days of the filing of the complaint and warned plaintiff about the consequences of failing to make service [D.E. 4].

Plaintiff has failed to serve the summons and complaint within 90 days of the filing of the complaint. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's case is dismissed without prejudice. See Fed. R. Civ. P. 4(m).

SO ORDERED. This 22 day of February 2017.

JAMES C. DEVER III
Chief United States District Judge