UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

VALERIE JEAN ANDERSON-SHOWS, )
        Plaintiff, )
                            ) **JUDGMENT IN A CIVIL CASE**
V.                               ) **CASE NO. 5:16-cv-769-D**
                            )
ERIC FANNING, Secretary of the Army, )
SUSAN EGAN, Head Nurse, PAUL )
SAVAL, Deciding Official, ROLANDO )
CASTRO, Chief of Staff, )
        Defendants. )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff has failed to serve the summons and complaint within 90 days of the filing of the complaint. Pursuant to Ru1e 4(m) of the Federal Ru1es of Civil Procedure, plaintiff's case is dismissed without prejudice.

**This Judgment Filed and Entered on February 22, 2017, and Copies To:**

Valerie Jean Anderson-Shows          (Sent to 244 Saint Thomas Road Fayetteville, NC 28311 via US Mail.)

DATE:                                JULIE RICHARDS JOHNSTON, CLERK

February 22, 2017                  (By) /s/ Nicole Briggeman
                                                 Deputy Clerk